APPEAL NO. 1702. RUTH COOLBETH *v.* ARAM K. BERBERIAN. Appellee's motion to remand is granted, and the record is ordered transmitted to the Superior Court for the purpose of conducting a hearing on and passing upon appellee's motion that appellant be held in contempt of the preliminary injunction issued by the Superior Court on July 29, 1971. Joslin, J., not participating. *John M. Roney,* Rhode Island Legal Services,

Inc., for plaintiff-appellee. *Aram K. Berberian,* defendant-appellant, pro se.